91 F.3d 124
 Lawrence G. Speilvogel, Inc.
v.
Township of Cheltenham, Gilbert P. High, Jr., Esq., as Tp.
Solicitor, Ruth S. Damsker, as Tp. Tax Collectro, William
David Webb, as Tp. Tax Collector, Jeffrey L. Abrams, Esq.,
Mark C. Clemm, Esq., Marsha Gash, Esq., High, Schwartz,
Roberts & Seidel
 NO. 95-2047
 United States Court of Appeals,
Third Circuit.
 June 13, 1996
 Appeal From: E.D.Pa., No. 95-cv-01637
 
 1
 AFFIRMED.